■ CORPORATE PRINTING COMPANY, INC., Appellant, v NEW YORK TYPOGRAPHICAL UNION No. 6 et al., Respondents.—Order, Supreme Court, New York County (Alvin Klein, J.), entered on or about August 28, 1986, unanimously affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. The motion by respondents to supplement the record on appeal to include certain material granted. No opinion. Concur—Kupferman, J. P., Sullivan, Carro, Asch and Wallach, JJ.